IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| ADAIR JACKSON | : | VIOLATIONS<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)<br>18 U.S.C. § 933(a)(2) (firearms trafficking – 1 count)<br>Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about September 29, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ADAIR JACKSON,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, at least one of the following: a Glock, model 43x, 9mm semi-automatic pistol, bearing serial number BPPP571, loaded with nine rounds of 9mm ammunition; a Taurus, model PT-140, .40 caliber S&W semi-automatic pistol, bearing serial number STG39534, loaded with nine rounds of .40 caliber ammunition; and a Taurus, model G2, 9mm semi-automatic pistol, bearing serial number TKM43046, loaded with 10 rounds of 9mm ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

From on or about March 2020 to on or about August 2020, in the Eastern District of Pennsylvania, the defendant

**ADAIR JACKSON,**

did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, that is, at least one of the following: a Glock, model 43x, 9mm semi-automatic pistol, bearing serial number BPPP571; a Taurus, model PT-140, .40 caliber S&W semi-automatic pistol, bearing serial number STG39534; a Taurus, model G2, 9mm semi-automatic pistol, bearing serial number TKM43046; and semi-automatic pistols, knowing or having reasonable cause to believe that such receipt would constitute a felony, or did attempt or conspire to do so.

In violation of Title 18, United States Code, Section 933(a)(2).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 922(g)(1) and 933(a)(2) set forth in this indictment, defendant

**ADAIR JACKSON,**

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of such violations, including, but not limited to:

1) a Glock, model 43x, 9mm semi-automatic pistol, bearing serial number BPPP571;

2) nineteen rounds of 9mm ammunition;

3) a Taurus, model PT-140, .40 caliber S&W semi-automatic pistol, bearing serial number STG39534;

4) nine rounds of .40 caliber ammunition; and

5) a Taurus, model G2, 9mm semi-automatic pistol, bearing serial number TKM43046.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

No._____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ADAIR JACKSON

INDICTMENT

18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
18 U.S.C. § 933(a)(2) (firearms trafficking – 1 count)

A true bill

██████████████████████████████████